B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Southern District of New York

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Bozel S.A.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**00-0000000** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**c/o Bozel LLC**<br>**333 East 69th Street**<br>**New York, NY**   ZIP Code **10021** | Street Address of Joint Debtor (No. and Street, City, and State):   ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**New York** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):   ZIP Code | Mailing Address of Joint Debtor (if different from street address):   ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **c/o Bozel LLC**<br>**555 South Federal Highway**<br>**Suite 260**<br>**Boca Raton, FL 33432** |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Bozel S.A.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> **X**_____ <br>    Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

■ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): **Bozel S.A.** |
|---|---|
| *(This page must be completed and filed in every case)* | |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

**X** **/s/ Beth Ann Bivona**
Signature of Attorney for Debtor(s)

**Beth Ann Bivona**
Printed Name of Attorney for Debtor(s)

**Damon Morey LLP**
Firm Name

**The Avant Building, Suite 1200**
**200 Delaware Avenue**
**Buffalo, NY 14202-2150**

Address

**(716) 856-5500  Fax: (716) 856-5510**
Telephone Number

**April 5, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Michel Marengere**
Signature of Authorized Individual

**Michel Marengere**
Printed Name of Authorized Individual

**Administrateur Delegue**
Title of Authorized Individual

**April 5, 2010**
Date

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

    BOZEL S.A.,                                      Case No. 10-_____

                    Debtor.

## **STATEMENT REGARDING EMPLOYER IDENTIFICATION NUMBER**

Bozel S.A. (the "Debtor") is a corporation formed under the laws of the duchy of Luxembourg which is the one hundred percent owner of a United States corporation, Bozel LLC, which has its principal place of business in New York, New York.

As of the filing of the Petition, the Debtor does not yet have a US employer identification number ("EIN"), however, it is in the process of applying for one. For that reason, per guidance received from the Office of the Clerk at the United States Bankruptcy Court, the EIN at the time of the filing of this case is being listed as "00-0000000". The Petition will be amended when the Debtor receives its EIN.

#1432779

# CONSENT IN LIEU OF MEETING OF DIRECTORS
# OF BOZEL SA
### A *Société anonyme* Organized under the Laws of Luxembourg

The undersigned director of Bozel, S.A., a *Société anonyme* organized under the laws of the Grand Duchy of Luxembourg (the "Company"), constituting the entire Board of Directors, does hereby consent to the adoption of the following actions and resolutions:

WHEREAS, the Company is insolvent and unable to pay its debts when due, and

WHEREAS, the Company and its creditors would best be served by reorganization of the Company under Chapter 11 of the United States Bankruptcy Code, be it:

RESOLVED, that the Company file as soon as practicable for reorganization pursuant to Chapter 11 of the United States Bankruptcy Code; and be it further

RESOLVED, that any of the officers of the Company be, and each of them hereby is, authorized, directed and empowered to do and perform such acts as such officers shall in their sole discretion deem necessary or desirable to effectuate the purposes of the foregoing resolution and any of the transactions contemplated thereby; and be it further

RESOLVED, that the actions of any officer of the Company which would have been authorized by these resolutions except that such actions were taken prior to the adoption hereof be, and they hereby are, ratified, confirmed, approved and adopted; and be it further

RESOLVED, that the Secretary of the Company be, and hereby is, authorized and directed to certify and deliver, to any person to whom such certification and delivery may be deemed necessary or desirable in the opinion of such Secretary, a true copy of the foregoing resolutions.

Dated this 22nd day of March, 2010

_____
Michel L. Marengere

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of New York

In re **Bozel S.A.**
Debtor(s)

Case No.
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Bird & Bird**<br>15 Fetter Lane<br>London EC4A 1JP<br>UNITED KINGDOM | **Jeremy Sharman**<br>Bird & Bird<br>15 Fetter Lane<br>London EC4A 1JP<br>UNITED KINGDOM<br>+44 (0) 20 7418 7072 | **Attorneys' fees** | | **30,000.00** |
| **Conyers, Dill & Pearman**<br>Romasco Place, Wickhams Cay 1<br>Road Town, Tortola VG1110<br>BRITISH VIRGIN ISLANDS | **Tameka Davis**<br>Conyers, Dill & Pearman<br>Romasco Place, Wickhams Cay 1<br>Road Town, Tortola VG1110<br>BRITISH VIRGIN ISLANDS<br>+1 (284) 852 1120 | **Attorneys' fees** | | **30,000.00** |
| **Crastvell Trading Limited**<br>PO Box 958, Pasea Estate<br>Road Town, Tortola<br>BRITISH VIRGIN ISLANDS | **Crastvell Trading Limited**<br>PO Box 958, Pasea Estate<br>Road Town, Tortola<br>BRITISH VIRGIN ISLANDS<br>+7 495 787 0051 | **Guaranty of business loans to parent** | | **14,500,000.00** |
| **Edwin & Coe LLP**<br>2 Stone Buildings, Lincoln's Inn, London WC2A 3TH<br>UNITED KINGDOM | **David Greene**<br>2 Stone Buildings, Lincoln's Inn, London WC2A 3TH<br>UNITED KINGDOM<br>+44 20 7691 4000 | **Attorneys' fees** | | **25,000.00** |
| **Guedes, Nunes, et al.**<br>Av. Paulista, 509 - 14 andar<br>Sao Paulo 01311-000<br>BRAZIL | **Marcelo Guedes Nunes**<br>Guedes, Nunes, et al.<br>Av. Paulista, 509 - 14 andar<br>Sao Paulo 01311-000<br>BRAZIL<br>55-11-2856-6226 | **Attorneys' fees** | | **70,000.00** |
| **Kleyr, Grasso Associes**<br>122 Rue A. Fischer L-1521<br>LUXEMBOURG | **Pascal Sassel**<br>Kleyr, Grasso Associes<br>122 Rue A. Fischer L-1521<br>LUXEMBOURG<br>352-22-73-30-1 | **Attorneys' fees** | | **5,000.00** |

B4 (Official Form 4) (12/07) - Cont.

In re **Bozel S.A.**
           Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Landwell & Associes**<br>**27 bis Rue de Vieux Faubourg**<br>**Lille 59 000**<br>**FRANCE** | **Sylvain Gagneux**<br>**27 bis Rue de Vieux Faubourg**<br>**Lille 59 000**<br>**FRANCE**<br>**+33 3 20 06 75 21** | **Attorneys' fees** | | **16,000.00** |
| **Lorang & Roberto Avocats**<br>**104, Boulevard de la Petrussel**<br>**2320**<br>**LUXEMBOURG** | **Lorang & Roberto Avocats**<br>**104, Boulevard de la Petrussel**<br>**2320**<br>**LUXEMBOURG**<br>**(352) 26 64 62-1** | **Attorneys' fees** | | **10,000.00** |
| **Pinsent Masons LLP**<br>**30 Aylesbury Street**<br>**London EC1R 0ER**<br>**UNITED KINGDOM** | **Jon Harris**<br>**30 Aylesbury Street**<br>**London EC1R 0ER**<br>**UNITED KINGDOM**<br>**+44 (0) 20 7418 7072** | **Attorneys' fees** | | **150,000.00** |
| **Regus**<br>**Boulevard Royal 26**<br>**L-2449**<br>**LUXEMBOURG** | **Christelle Fertons**<br>**Boulevard Royal 26**<br>**L-2449**<br>**LUXEMBOURG**<br>**+352 22 9999** | **Lease for Luxembourg business location** | | **5,000.00** |
| **Regus Brazil**<br>**Rua Funchal, 418 34 Andar**<br>**Vila Olimpia, SP 04551-060**<br>**BRAZIL** | **Regus Brazil**<br>**Rua Funchal, 418 34 Andar**<br>**Vila Olimpia, SP 04551-060**<br>**BRAZIL** | **Lease for Brazil business location** | | **3,000.00** |
| **Trafalgar Capital Specialized Investment Fund, 8-10 Rue Mathias Hardt, BP 3023, L-1030 LUXEMBOURG** | **Trafalgar Capital Specialized Investment Fund, 8-10 Rue Mathias Hardt, BP 3023, L-1030 LUXEMBOURG**<br>**+44 20 7269 6880** | **Guaranty of business loans to parent** | | **1,500,000.00** |

B4 (Official Form 4) (12/07) - Cont.

In re **Bozel S.A.**                                       Case No. _____

                Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the Administrateur Delegue of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **April 5, 2010**                    Signature **/s/ Michel Marengere**
                                                                       **Michel Marengere**
                                                                       **Administrateur Delegue**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

In re: Bozel S.A.

**SUPPLEMENTAL CONTACT SHEET REGARDING LIST OF
CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS**

Crastvell Trading Limited
PO Box 958
Pasea Estate
Road Town, Tortola
BRITISH VIRGIN ISLANDS
Phone - +7 495 787 0051
Fax - +7 495 787 0055
Alternate Phone - +7 495 139 4959
Alternate Phone - +7 495 787 0057
Alternate Fax - +7 495 787 0056

Sylvain Gagneux
Landwell & Associes
27 bis Rue du Vieux Faubourg
Lille 59 000
FRANCE
Phone - +33 3 20 06 75 21
Fax - +33 3 20 06 23 39
Cell - +33 6 83 85 65 90
E-mail – Sylvain.ganeux@fr.landwellglobal.com

Lorang & Roberto Avocats
104, boulevard de la PétrusseL – 2320
LUXEMBOURG
Phone -  (352) 26 64 62-1
Fax - (352) 26 64 62-60
E-mail : orang@lravocats.com

Christelle Fertons
Regus
Boulevard Royal 26
L-2449
LUXEMBOURG
Phone - +352 22 9999
Fax - +352 22 9999 5499

In re: Bozel S.A.

**SUPPLEMENTAL CONTACT SHEET REGARDING LIST OF
CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS (CONT.)**

Regus Brazil
Rua Funchal
418 - 34º Andar - Vila Olímpia
São Paulo, SP 04551-060
BRAZIL

Pinsent Masons LLP
30 Aylesbury Street
London EC1R 0ER
UNITED KINGDOM
Phone - +44 (0) 20 7490 4000
Fax - +44 (0) 20 7490 2545

Mr. Tam Sing, President
Ridgelane Limited
Akara Building,
24 De Castro Street,
Wickhams Cay I,
Road Town, Tortola,
BRITISH VIRGIN ISLANDS
Phone - +44 20 7493 9826
Alternate phone - +44 7837 1755 39
E-mail: draycotthouse1@yahoo.co.uk

Trafalgar Specialized Investment Fund
8-10 Rue Mathias Hardt
BP 3023
L-1030
LUXEMBOURG
Phone - +44 20 7269 6880
Fax - +44 20 7405 0160
Miami phone – (786) 323-1650
Miami fax – (786) 323-1651

#1432779

# United States Bankruptcy Court
## Southern District of New York

In re **Bozel S.A.**  
Debtor(s)

Case No.  
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Administrateur Delegue of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **April 5, 2010**

**/s/ Michel Marengere**  
**Michel Marengere**/**Administrateur Delegue**  
Signer/Title

BIRD & BIRD
15 FETTER LANE
LONDON EC4A 1JP
UNITED KINGDOM


BOZEL EUROPE S.A.S.
RUE FRANCOIS-NOEL BABEUF
RCS DUNKERQUE 504 344 771
FRANCE


BOZEL LLC
555 SOUTH FEDERAL HIGHWAY
SUITE 260
BOCA RATON, FL 33432


BOZEL MINERACAO LTDA
RUA FUNCHAL, 418-34TH FL.
VILA OLYMPIA, SP 04551-1060
BRAZIL


CONYERS, DILL & PEARMAN
ROMASCO PLACE, WICKHAMS CAY 1
ROAD TOWN, TORTOLA VG1110
BRITISH VIRGIN ISLANDS


CRASTVELL TRADING LIMITED
PO BOX 958, PASEA ESTATE
ROAD TOWN, TORTOLA
BRITISH VIRGIN ISLANDS


EDWIN & COE LLP
2 STONE BUILDINGS, LINCOLN'S
INN, LONDON WC2A 3TH
UNITED KINGDOM


GUEDES, NUNES, ET AL.
AV. PAULISTA, 509 - 14 ANDAR
SAO PAULO 01311-000
BRAZIL


INTERNAL REVENUE SERVICE
P.O. BOX 21126
PHILADELPHIA, PA 19114

KLEYR, GRASSO ASSOCIES
122 RUE A. FISCHER L-1521
LUXEMBOURG

LANDWELL & ASSOCIES
27 BIS RUE DE VIEUX FAUBOURG
LILLE 59 000
FRANCE

LORANG & ROBERTO AVOCATS
104, BOULEVARD DE LA PETRUSSEL
2320
LUXEMBOURG

NYS DEPARTMENT OF LABOR
HARRIMAN STATE OFFICE CAMPUS
BUILDING 12
ALBANY, NY 12240

NYS DEPT. OF TAX & FINANCE
BANKRUPTCY SECTION
P.O. BOX 5300
ALBANY, NY 12205-0300

PINSENT MASONS LLP
30 AYLESBURY STREET
LONDON EC1R 0ER
UNITED KINGDOM

REGUS
BOULEVARD ROYAL 26
L-2449
LUXEMBOURG

REGUS BRAZIL
RUA FUNCHAL, 418 34 ANDAR
VILA OLIMPIA, SP 04551-060
BRAZIL

RIDGELANE LIMITED
24 DE CASTRO ST., WICKHAMS CAY
I, ROAD TOWN, TORTOLA
BRITISH VIRGIN ISLANDS

TRAFALGAR CAPITAL SPECIALIZED
INVESTMENT FUND, 8-10 RUE
MATHIAS HARDT, BP 3023, L-1030
LUXEMBOURG

WELLGATE INTERNATIONAL LTD.
C/O ANDREW BICKERTON, BDO LTD
POB 34, TORTOLA VG 110
BRITISH VIRGIN ISLANDS