THE AVANT BUILDING >> SUITE 1200 >> 200 DELAWARE AVENUE >> BUFFALO NY 14202-2150  p> 716.856.5500  f> 716.856.5510  w> damonmorey.com

BUFFALO >> CLARENCE >> ROCHESTER

**DANIEL F. BROWN**
PARTNER
dbrown@damonmorey.com
716.858.3717

May 6, 2010



DAMON MOREY LLP
ATTORNEYS AT LAW

<u>VIA ELECTRONIC COURT FILING</u>
<u>AND FIRST CLASS MAIL</u>
Honorable Arthur J. Gonzalez
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408

    Re:    *In re: Bozel S.A.*
            *Case No. 10-11802-AJG*

Dear Judge Gonzalez:

    This letter is being written to correct my response to the Court's question on May 5, 2010 as to whether the Debtor has any creditors in the United States. We have been advised that although the Debtor has historically made its payments to Trafalgar Capital Advisors ("Trafalgar") at a Luxembourg address, which was used in the Schedules, the fund's manager and administrative staff are located in Hollywood, Florida. It is my understanding that Trafalgar will be contacting the Court to correct its mailing address.

    Please do not hesitate to have a member of your staff contact me should Your Honor have any questions in connection with this matter.

                                      Very truly yours,

                                      /s/ Daniel F. Brown

                                      Daniel F. Brown
                                      for DAMON MOREY LLP

DFB/mab

cc:    Mark D. Bloom, Esq. (via electronic mail only)
       Allen G. Kadish, Esq. (via electronic mail only)
       Paul J. Keenan, Esq. (via electronic mail only)
       Tracy L. Klestadt, Esq. (via electronic mail only)
       Andrea B. Schwartz, Esq. (via electronic mail only)

#1443087

>> progressive.firm.