UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                            :
In re                                       :       Chapter 11
                                            :
BOZEL S.A.,                                 :       Case No. 10-11802 (AJG)
                                            :
                                            :
                Debtor.                     :
                                            :
-------------------------------------------------------x

## ORDER DIRECTING THE APPOINTMENT OF A CHAPTER 11 EXAMINER

Upon the consent of the parties in interest in the captioned case, and it appearing that the appointment of a Chapter 11 Examiner is in the best interest of creditors of the estate, it is hereby

ORDERED, that the United States Trustee immediately appoint a Chapter 11 Examiner, with all of the powers authorized under 11 U.S.C. § 1104.

Dated: New York, New York
       May 13, 2010

                                    **s/Arthur J. Gonzalez**
                                    Arthur J. Gonzalez
                                    Chief United States Bankruptcy Judge